**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03464 ODW (CWx) | Date | July 7, 2008 |
|---|---|---|---|
| Title | *Alma Mendoza, et. al. v. County of Los Angeles, et. al.* | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge |
|---|---|

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):** **Order Granting Defendants' Motion to Remand (filed 6/18/08), Denying As Moot Defendants' Motions to Dismiss (filed 6/18/08 and 6/20/08) and REMANDING case to Los Angeles County Superior Court**

    Before the Court are Defendant County of Los Angeles's ("Los Angeles") Motion to Remand and Motion to Dismiss and Co-Defendants City of West Covina and West Covina Police Department's Motion to Dismiss (collectively, "West Covina"). The Court finds these matters appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The July 14, 2008 hearing is hereby VACATED and the matter taken off calendar.

    Los Angeles moves to remand this case to the Los Angeles County Superior Court pursuant to 28 U.S.C. 1447(c) on the basis of West Covina's defective removal for failure to obtain the consent or joinder of all properly served defendants. The record indicates that Los Angeles and Co-Defendant Citrus Valley Medical Center were properly served with the complaint by Plaintiffs in this action on May 9, 2008. On May 30, 2008, West Covina filed a Notice of Removal with the Superior Court without obtaining consent from or notifying any co-Defendant. The failure to join all proper defendants in a removal petition renders a removal notice procedurally deficient and is subject to remand pursuant to 28 U.S.C. 1447(c), *Emrich v. Touch Ross & Co.*, 846 F.2d 1190, 1193 n. 1

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03464 ODW (CWx) | Date | July 7, 2008 |
|---|---|---|---|
| Title | *Alma Mendoza, et. al. v. County of Los Angeles, et. al.* | | |

(9th Cir. 1988).[1]  Accordingly, Los Angeles's Motion to Remand (Docket # 6) is GRANTED. Furthermore, because the Court remands this action, Los Angeles' Motion to Dismiss (Docket # 4) and West Covina's Motion to Dismiss (Docket # 7) are MOOT.

IT IS SO ORDERED.

----  :  00

Initials of Preparer   RGN

---

[1] To the extent West Covina urges this Court to excuse the procedural defect in its Notice of Removal because it had exercised reasonable diligence in ascertaining whether its co-Defendants had been served prior to filing the Notice, the Court is not persuaded.